**SCARPONE STAIANO & SAVAGE LLC**
 By:   Patricia A. Staiano (PS-8954)
       James A. Scarpone (JS-5403)
**744 Broad Street, Suite 1901**
**Newark, New Jersey 07102**
**(973) 648-0065**
**Attorneys for Benjamin A. Stanziale, Jr., Plaintiff/Chapter 7 Trustee**

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

----------------------------------------------------------- x
|  |  |
|---|---|
| In re: | : Hon. Morris Stern |
| | : |
| PITTRA G.B. INTERNATIONAL, INC., | : Case No. 06-10889 (MS) |
| | : |
| Debtor. | : Chapter 7 |
| | : |
| | : Adv. Pro. No. _____ |
| BENJAMIN A. STANZIALE, JR., CHAPTER 7 TRUSTEE FOR PITTRA G.B. INTERNATIONAL, INC., | : |
| | : |
| | : CERTIFICATION OF BENJAMIN A. STANZIALE, JR., CHAPTER 7 TRUSTEE FOR PITTRA G.B. INTERNATIONAL, INC. IN SUPPORT OF VERIFIED COMPLAINT AND ORDER TO SHOW CAUSE |
| Plaintiff, | : |
| v. | : |
| | : |
| ARTHUR KUPPERMAN, PAULETTE KRELMAN, E. ROSS BROWNE, SR., ESCROW AND CLOSING SERVICES LTD., PGB INTERNATIONAL, LLC and WACHOVIA BANK, N.A., | : |
| | : |
| | : |
| | : |
| Defendants. | : |

----------------------------------------------------------- x

      Benjamin A. Stanziale, Jr., hereby certifies, pursuant to 28 U.S.C. § 1746 as follows:

      1.     I am the duly appointed Chapter 7 Trustee of Debtor PITTRA G.B. International, Inc. ("Debtor").

      2.     I submit this Certification in support of my Verified Complaint and

request for entry of an Order To Show Cause to restrain the defendants in this case from

transferring certain assets which may be property of the Debtor's estate out of the United

States, specifically, funds contained in Account No. 1003784550891 and all sub-accounts,

including, but not limited to, Sub-account control 4312894-98 held at Wachovia Bank, N.A.

("Wachovia").

        3.      In my investigation of the assets and financial affairs of the Debtor, I

caused a subpoena to be served upon Merrill Lynch Business Financial Services Inc.

("MLBFS"). MLBFS provided me with documents in response to my subpoena, which

documents clearly suggest that there are or may be substantial assets of the Debtor which were

not disclosed on the Debtor's petition and may very well have been transferred to a new

entity, defendant, PGB International, LLC ("PGB International"). I believe that there is a

substantial risk that these assets, including $10 million held in the above noted account and

sub-accounts and Wachovia, may about to be transferred outside of the United States.

        4.      I am particularly concerned based upon several documents that I

received from MLBFS, including a letter dated September 7, 2006, with enclosure, from

Robert A. Cooper of Escrow and Closing Services Ltd. The enclosure to the September 7,

2006 letter is a schedule of disbursements to be made from escrow funds on deposit in an

account at Wachovia containing $10 million (the "Disbursement Schedule"). According to

the Disbursement Schedule, some of the parties due to receive payments from this account are

outside of the United States, as indicated by the "SWIFT" notations on the Disbursement

Schedule. Furthermore, Arthur Kupperman ("Kupperman"), the former principal of the

Debtor and a principal of PGB International, is also scheduled to receive $650,000.00. A

2

copy of the September 7, 2006 letter and Disbursement Schedule that I received from MLBFS

is attached hereto as Exhibit "A".

5.      In addition to the letter and Disbursement Schedule from Escrow and

Closing Services Ltd., I also received several other documents from MLBFS which concern

me. MLBFS provided me with a copy of an Independent Auditors' Report purportedly issued

by Amper, Politziner & Mattia, P.A., Certified Public Accountants and Consultants ("Amper

Politziner") dated December 22, 2004, with accompanying Balance Sheets and related

Statements of Income and Retained Earnings and Cash Flows (the "2004 Report"), which

report and attachments are attached hereto as Exhibit "B".

6.      The 2004 Report states total assets of the Debtor of $8,812,942.00 and

total liabilities of $6,513.991.00.

7.      MLBFS also produced a document which purports to be an Independent

Auditors' Report dated December 16, 2005 with attached Balance Sheet, related Statements of

Income and Retained Earnings and Cash Flows, once again, apparently issued by Amper

Politziner (the "2005 Report"), which report and attachments are attached hereto as Exhibit

"C".

8.      The 2005 Report states total assets of the Debtor of $11,119,325.00 and

total liabilities of $8,064,931.00.  Note 5 to the 2005 Report also reflects that the Debtor

maintained a line of credit of $3,750,000.00, and on the balance sheet, the credit line payable

is listed at $3,748,948.00.

9.      The Debtor's Voluntary Petition, filed approximately two months after

the 2005 Report, tells a rather different story.  Debtor lists total assets of $0.00 and does not

3

list MLBFS as a creditor at all.  In fact, the only mention of MLBFS is on the Statement of

Financial Affairs, item 3.b. wherein MLBFS is listed as having received a payment on January

10, 2006 in the amount of $293,104.34.  MLBFS is listed as being owed $0.00.

10.    My counsel has been in contact with MLBFS since I caused the

subpoena to be issued to MLBFS.  MLBFS has advised us that they are still owed

approximately $4.1 million by the Debtor, and, its principal, defendant Kupperman, as a result

of a personal guaranty executed by Kupperman.

11.    Clearly, the discrepancies in the documentation, Petition, Schedules and

Statement of Financial Affairs and other information received from MLBFS have caused me

grave concern about the veracity of the Debtor and its principals and, what I believe is the

fraudulent transfer of Debtor's assets to PGB International and other parties.

12.    In response to the subpoena, MLBFS also produced to me a balance

sheet dated March 31, 2006 for the Debtor (the "3/31/06 Balance Sheet") attached hereto as

Exhibit "D".  This balance sheet is dated post-petition, however, neither I nor my counsel

provided the balance sheet to MLBFS, nor had we ever seen it prior to the MLBFS document

production.

13.    More disturbingly, my counsel and I have been advised by MLBFS and

its counsel that when MLBFS called Amper Politziner this week to ascertain the origination

and circumstances surrounding the preparation of the 2004 Report and 2005 Report, Amper

Politziner advised MLBFS that Amper Politziner's records did not reflect that the Debtor was

an audit client of Amper Politziner.

14.    Based upon all of the above information, I have caused my counsel to

file an Order To Show Cause and Verified Complaint seeking, among other things, immediate

restraints and order that Wachovia not be permitted to transfer the $10 million held in account

no. 1003784550891, sub-account no. 4312894-98, as referenced on the Disbursement

Schedule, as well as any accounts or sub-accounts held in the name of or for the benefit of the

Debtor and/or PGB International.  I believe that this estate will be immediately irreparably

harmed if the proposed disbursements of $10 million are made without giving the me an

opportunity to investigate these transfers more fully.

I hereby certify that the foregoing statements are true to the best of my

knowledge and belief.  I understand that if the foregoing is willfully false, I am subject to

punishment.


/s/ Benjamin A. Stanziale, Jr.
Benjamin A. Stanziale, Jr.

Dated:   September 20, 2006

# EXHIBIT A

*Escrow and Closing Services Ltd.*
ROBERT A. COOPER
P. O. BOX 8745
NEWARK, NEW JERSEY 07101-8745

*Offices located worldwide*

September 7, 2006

Ladies and Gentlemen:

Thank you for your patience and cooperation during these past few days. I know this was a complex series of transactions due to the numerous closings that needed coordination in South America as well as the British Virgin Islands.

Attached you will find the schedule of disbursements to be made from the escrow funds on deposit in our account. All necessary filings will be recorded on Friday, September 08, 2006 and disbursements will be made at the start of business on Monday, September 11, 2006. Payments have been calculated according to this schedule.

The full book of closing documents, loan and security agreements, and filings will be bound and sent by courier to each party by the end of next week.

Documents evidencing the release of liens against the assets of PITTRA G.B. International, Inc. and PGB International LLC will be obtained and recorded within the next 15 days.

It was a pleasure working with you and I look forward to any future opportunity to be of service.

Very truly yours,

Robert A. Cooper

Enc.

SEP-15-2006 15:41 MERRILL LYNCH BUS 13122591345 P.03/04

Case 06-02702-MS Doc 1-2 Filed 09/20/06 Entered 09/20/06 16:53:11 Desc
Certification of Benjamin A. Stanziale Jr. Page 8 of 32

| Payee | Description | Payments | Balance |
|---|---|---|---|
| Escrow fund payment directives | | | |
| Beginning balance | | | $10,000,000.00 |
| Wachovia Bank | | | |
| Account 1003784550891 | | | |
| Sub-account control 4312894-98 | | | |
| **Disbursements:** | | | |
| For IFIG US, Inc. | | | |
| Merrill Lynch Business Financial Services, Inc. | Credit line payoff | $3,785,350.90 | $6,214,649.10 |
| Bank of America | Per PGB International LLC | | |
| ABA 026009593 | | | |
| Account 818101946 | | | |
| Reference - PITTRA G.B. International, Inc. 871-07I72 | | | |
| Merrill Lynch Business Financial Services, Inc. | Term loan payoff | $151,020.92 | $6,063,628.18 |
| Bank of America | Per PGB International LLC | | |
| ABA 026009593 | | | |
| Account 818101946 | | | |
| Reference - PITTRA G.B. International, Inc. 912836907 | | | |
| PGB International, LLC | Net proceeds of purchase price | $1,494,026.25 | $4,569,601.93 |
| J██ C████ | Per closing statement | | |
| ABA ███████ | | | |
| Account ████ | | | |
| Arthur Kupperman | Commissions | $650,000.00 | $3,919,601.93 |
| J██ █████████, Inc. | Per PGB International LLC | | |
| ABA ████████ | | | |
| Account ████ | | | |



| Payee | Description | Payments | Balance |
|---|---|---|---|
| N&A Business Consulting Services, Inc. ▮▮▮▮ Bank ABA Account | Commissions Per PGB International LLC | $350,000.00 | $3,569,601.98 |
| For IFIG Argentina, S.A. | | | |
| Orfiva S.A. Banco ▮▮▮▮ SWIFT Account | Net proceeds of purchase price Per closing statement | $1,812,984.02 | $1,756,617.91 |
| Coarex S.A. Banco ▮▮▮▮ SWIFT Account | Net proceeds of purchase price Per closing statement | $1,184,783.79 | $621,834.12 |
| For IFIG BVI Ltd. | | | |
| ABIMCO Ltd. Hapoalim ▮▮▮ SWIFT Account | Net proceeds of purchase price Per closing statement | $621,834.12 | $0.00 |

# EXHIBIT B

RECEIVED
MAY 0 6 2005
By

**AMPER, POLITZINER & MATTIA** P.A.
CERTIFIED PUBLIC ACCOUNTANTS
and CONSULTANTS

EDISON, NEW JERSEY
(732) 287-1000

PRINCETON, NEW JERSEY
(609) 897-0200

FLEMINGTON, NEW JERSEY
(908) 782-3021

MONMOUTH SHORES CORPORATE PARK
1350 CAMPUS PARKWAY
P.O. BOX 1728
WALL, NJ 07719

(732) 919-1400
FAX (732) 919-6230

Independent Auditors' Report

Board of Directors
PITTRA G. B. International, Inc.

We have audited the accompanying balance sheets of PITTRA G. B. International, Inc. as of September 30, 2004 and 2003, and the related statements of income and retained earnings, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of PITTRA G. B. International, Inc. as of September 30, 2004 and 2003, and the results of its operations and cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*Amper, Politziner & Mattia P.A.*

AMPER, POLITZINER & MATTIA P.A.

December 22, 2004
Wall, New Jersey

## PITTRA G. B. INTERNATIONAL, INC.
### Balance Sheet
September 30, 2004 and 2003

|  | 2004 | 2003 |
|---|---|---|
| **Current assets:** | | |
| Cash | $86,198 | $24,237 |
| Accounts receivable | | |
| Direct sales | 6,696,242 | 4,595,298 |
| Indirect sales | 209,834 | 836,096 |
| Other accounts receivable | 262,896 | 350,748 |
| Inventory | 967,298 | 491,763 |
| Prepaid income | 0 | 47,284 |
| Prepaid expenses | 36,781 | 27,636 |
| Total current assets | 8,259,249 | 6,373,062 |
| Equipment | 53,693 | 56,843 |
| Goodwill | 500,000 | 500,000 |
| Total assets | $8,812,942 | $6,929,905 |
| **Current liabilities:** | | |
| Credit line payable | $3,747,688 | $2,736,327 |
| Current maturity of long term debt | 166,667 | 0 |
| Accounts payable | 1,369,643 | 1,298,683 |
| Accrued expenses | 381,903 | 576,045 |
| Total current liabilities | 5,665,901 | 4,611,055 |
| Long term debt, less current maturities | 305,342 | 0 |
| Subordinated loans | 542,748 | 542,748 |
| Total liabilities | 6,513,991 | 5,153,803 |
| **Stockholder equity** | | |
| Capital stock | 15,000 | 15,000 |
| Additional paid in capital | 2,039,185 | 1,539,185 |
| Retained earnings | 244,766 | 221,917 |
| Total stockholder equity | 2,298,951 | 1,776,102 |
| Total liabilities and equity | $8,812,942 | $6,929,905 |

# PITTRA G. B. INTERNATIONAL, INC.
## Statements of Income and Retained Earnings
### For the Years Ended September 30, 2004 and 2003

|  | 2004 | 2003 |
|---|---|---|
| Sales |  |  |
| Direct | $49,785,362 | $32,154,064 |
| Brokered | 5,735,179 | 11,793,765 |
| Total sales | 55,520,541 | 43,947,829 |
| Cost of sales |  |  |
| Direct | 47,416,789 | 29,911,183 |
| Brokered | 5,527,316 | 11,218,760 |
| Total cost of sales | 52,944,105 | 41,129,943 |
| Operating income | 2,576,436 | 2,817,886 |
| Selling, general, and administrative expenses | 2,551,897 | 2,803,015 |
| Income before provision for taxes | 24,539 | 14,871 |
| Provision for taxes on income | 1,690 | 2,347 |
| Net income | 22,849 | 12,524 |
| Retained earnings - beginning | 221,917 | 209,393 |
| Retained earnings - ending | $244,766 | $221,917 |

## PITTRA G. B. INTERNATIONAL, INC.
### Statement of Cash Flows
For the Years Ended September 30, 2004 and 2003

|  | 2004 | 2003 |
|---|---|---|
| Cash flows from operating activities: |  |  |
| Net income | $22,849 | $12,524 |
| Adjustments to reconcile net income to net cash from operating activities |  |  |
| Depreciation and amortization | 50,434 | 287,956 |
| Decrease (increase) in: |  |  |
| Accounts receivable | (1,386,830) | (191,344) |
| Inventory | (475,535) | 926,520 |
| Prepaid expenses and other current assets | (9,145) | 76,327 |
| Increase (decrease) in: |  |  |
| Accounts payable | 70,960 | (2,440,614) |
| Accrued expenses | (194,142) | (237,087) |
| Total adjustments | (1,944,258) | (1,578,242) |
| Cash flow (used in) operations | (1,921,409) | (1,565,718) |
| Cash flows from investing activities: |  |  |
| Acquisition of furniture and equipment | 0 | (25,360) |
| Cash flows (used in) investing activities | 0 | (25,360) |
| Cash flows from financing activities: |  |  |
| Net increase in credit lines payable | 1,011,361 | 1,110,943 |
| Proceeds of long-term borrowings | 500,000 |  |
| Repayment of long-term borrowings | (27,991) |  |
| Contributions to additional paid in capital | 500,000 | 300,000 |
| Cash flows provided by financing activities | 1,983,370 | 1,410,943 |
| Net change in cash | 61,961 | (180,135) |
| Cash - beginning | 24,237 | 204,372 |
| Cash - ending | $86,198 | $24,237 |
| Supplemental disclosures of cash paid: |  |  |
| Interest | $158,259 | $136,879 |

# PITTRA G. B. INTERNATIONAL, INC.
## Notes to Financial Statements

Note 1    Organization

The company was incorporated in October 2001 to acquire the net assets of G.B. International, Inc. and simultaneously acquire accounts receivable, inventory and the goodwill of the PITTRA division of Camerican International, Inc.

In connection with the acquisitions, the amounts paid in excess of the net book value have been recorded as goodwill.

Note 2    Summary of significant accounting policies

### Operations

PITTRA G.B. International, Inc. (the "Company") is an importer and distributor of fruit juice concentrates. The company imports the concentrates from countries in Europe, Asia, Africa, and South America. Distribution of the concentrates is principally to companies located throughout the United States. Credit is granted to substantially all customers, the majority of whom are in the juice industry.

### Use of estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

### Revenue Recognition

Revenue is recognized upon shipment to customers.

-5-

PITTRA G. B. INTERNATIONAL, INC.
Notes to Financial Statements

Note 2   Inventory

Inventory, consisting primarily of fruit juice concentrates, is stated at the lower or cost
(determined on a specific identity basis) or market.

Furniture and Equipment

Furniture and equipment are stated at cost, less accumulated depreciation.
Depreciation is provided over the estimated useful lives of the assets as follows:

| Equipment | Declining balance | 5 year estimated useful life |
| Furniture | Declining balance | 5 -10 year estimated useful life |

Note 3   Concentration of Cash Balances

The Company maintains its cash in bank deposit accounts which, at times, may exceed
federally insured limits.  The Company has not experienced any losses in such
accounts.  The Company believes it is not exposed to any significant credit risk on cash
and equivalents.

Note 4   Prepaid Expense and Other Current Assets

|  | 2004 | 2003 |
|---|---|---|
| Prepaid insurance | $32,031 | $21,186 |
| Prepaid - miscellaneous | 4,750 | 5,450 |
| Total | $36,781 | $27,636 |

-6-

PITTRA G. B. INTERNATIONAL, INC.
Notes to Financial Statements

Note 5   Furniture and equipment

|  | 2004 | 2003 |
|---|---|---|
| Equipment | $67,409 | $67,409 |
| Furniture | 8,750 | 8,750 |
| Total | 76,159 | 76,159 |
| Accumulated depreciation | 22,466 | 19,316 |
| Net furniture and equipment | $53,693 | $56,843 |

Note 6   Credit line payable

The Company maintains a credit line facility with a credit line of $3,750,000. Borrowings on the credit line are based on 80% of the eligible accounts receivable.

The credit line bears interest at the London Interbank Offering Rate (LIBOR) plus 3.15%. The term of the credit facility is one year. The credit facility is secured by all assets of the Company and is personally guaranteed by the stockholders of the Company.

Note 7   Long term debt

In June 2004 the Company entered into a term loan for $500,000 payable over a period of three years. Payments are made in equal monthly installments of principle plus interest at the London Interbank Offering Rate (LIBOR) plus 3.15%. The term loan is from the same financial institution as the credit line referred to in Note 6 and is secured with the same collateral as the credit facility.

SEP-15-2006  11:46    MERRILL LYNCH BUS          13122691345    P.09/11

Case 06-02702-MS    Doc 1-2    Filed 09/20/06    Entered 09/20/06 16:53:11    Desc
Certification of Benjamin A. Stanziale   Jr.   Page 18 of 32

# PITTRA G. B. INTERNATIONAL, INC.
## Notes to Financial Statements

**Note 8**    Operating leases

The Company leases office space at a monthly rate of approximately $3,770 plus certain expenses. The lease is for a term of five years and expires on December 31, 2008.

The Company has other operating leases for transportation vehicles and office equipment. The lease expenses in connection with these operating leases were approximately $52,000 for the year ended September 30, 2004. These leases expire at various times through June 2005.

**Note 9**    Income Taxes

The provision for income taxes differs from the amount expected using statutory rates because of permanent differences (officers's life insurance, entertainment expenses, etc.), state taxes, and other timing differences.

**Note 10**    Commitments

As of September 20, 2004  the Company had no open letters of credit.

**Note 11**    Retirement Plan

The Company maintains a 401(K) profit-sharing plan ("Plan"). Employees become eligible to participate in the Plan after completing nine months of continuous service for the Company. The Company, at its discretion, can make a contribution not exceeding 5% of the employees' salaries. For the years ended September 30, 2004 and 2003 the contribution expense was approximately $37,600 and $38,500, respectively.

# EXHIBIT C

AMPER, POLITZINER & MATTIA P.A.
CERTIFIED PUBLIC ACCOUNTANTS
and CONSULTANTS

EDISON, NEW JERSEY
(732) 287-1000

PRINCETON, NEW JERSEY
(609) 897-0200

FLEMINGTON, NEW JERSEY
(908) 782-3021

MONMOUTH SHORES CORPORATE PARK
1350 CAMPUS PARKWAY
P.O. BOX 1728
WALL, NJ 07719
(732) 919-1400
FAX (732) 919-6230

## Independent Auditors' Report

Board of Directors
PITTRA G. B. International, Inc.

We have audited the accompanying balance sheets of PITTRA G. B. International, Inc. as of September 30, 2005 and 2004, and the related statements of income and retained earnings, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of PITTRA G. B. International, Inc. as of September 30, 2005 and 2004, and the results of its operations and cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*Amper, Politziner & Mattia P.A.*

AMPER, POLITZINER & MATTIA P.A.

December 16, 2005
Wall, New Jersey

MEMBERS OF AICPA DIVISION FOR CPA FIRMS - SEC AND PRIVATE COMPANIES PRACTICE SECTIONS

### PITTRA G. B. INTERNATIONAL, INC.

Balance Sheet

September 30, 2005 and 2004

|  | 2005 | 2004 |
|---|---|---|
| Current assets: | | |
| Cash | $90,178 | $86,198 |
| Accounts receivable | | |
| Direct sales | 9,346,248 | 6,696,242 |
| Indirect sales | 152,190 | 209,834 |
| Other accounts receivable | 214,871 | 262,896 |
| Inventory | 728,190 | 967,298 |
| Prepaid expenses | 44,189 | 36,781 |
| Total current assets | 10,575,866 | 8,259,249 |
| Equipment | 43,459 | 53,693 |
| Goodwill | 500,000 | 500,000 |
| Total assets | $11,119,325 | $8,812,942 |
| Current liabilities: | | |
| Credit line payable | $3,748,948 | $3,747,688 |
| Current maturity of long term debt | 166,667 | 166,667 |
| Accounts payable | 2,780,676 | 1,369,643 |
| Accrued expenses | 783,271 | 381,903 |
| Total current liabilities | 7,479,562 | 5,665,901 |
| Long term debt, less current maturities | 42,621 | 305,342 |
| Subordinated loans | 542,748 | 542,748 |
| Total liabilities | 8,064,931 | 6,513,991 |
| Stockholder equity | | |
| Capital stock | 15,000 | 15,000 |
| Additional paid in capital | 2,739,185 | 2,039,185 |
| Retained earnings | 300,209 | 244,766 |
| Total stockholder equity | 3,054,394 | 2,298,951 |
| Total liabilities and equity | $11,119,325 | $8,812,942 |

## PITTRA G. B. INTERNATIONAL, INC.
### Statements of Income and Retained Earnings
#### For the Years Ended September 30, 2005 and 2004

|  | 2005 | 2004 |
|---|---|---|
| **Sales** | | |
| Direct | $53,987,193 | $49,785,362 |
| Brokered | 1,987,204 | 5,735,179 |
| Total sales | 55,974,397 | 55,520,541 |
| **Cost of sales** | | |
| Direct | 50,812,746 | 47,416,789 |
| Brokered | 1,907,723 | 5,527,316 |
| Total cost of sales | 52,720,469 | 52,944,105 |
| Operating income | 3,253,928 | 2,576,436 |
| Selling, general, and administrative expenses | 3,196,383 | 2,551,897 |
| Income before provision for taxes | 57,545 | 24,539 |
| Provision for taxes on income | 2,102 | 1,690 |
| Net income | 55,443 | 22,849 |
| Retained earnings - beginning | 244,766 | 221,917 |
| Retained earnings - ending | $300,209 | $244,766 |

PETRA G. B. INTERNATIONAL, INC.

Statement of Cash Flows

For the Years Ended September 30, 2005 and 2004

|  | 2004 | 2003 |
|---|---|---|
| Cash flows from operating activities: |  |  |
| Net income | $55,443 | $22,849 |
| Adjustments to reconcile net income to net cash from operating activities |  |  |
| Depreciation and amortization | 10,234 | 50,434 |
| Decrease (increase) in: |  |  |
| Accounts receivable | (2,544,337) | (1,386,830) |
| Inventory | 239,108 | (475,535) |
| Prepaid expenses and other current assets | (7,408) | (9,145) |
| Increase (decrease) in: |  |  |
| Accounts payable | 1,411,033 | 70,960 |
| Accrued expenses | 401,368 | (194,142) |
| Total adjustments | (490,002) | (1,944,258) |
| Cash flow (used in) operations | (434,559) | (1,921,409) |
| Cash flows from financing activities: |  |  |
| Net increase in credit lines payable | 1,260 | 1,011,361 |
| Proceeds of long-term borrowings | 0 | 500,000 |
| Repayment of long-term borrowings | (262,721) | (27,991) |
| Contributions to additional paid in capital | 700,000 | 500,000 |
| Cash flows provided by financing activities | 438,539 | 1,983,370 |
| Net change in cash | 3,980 | 61,961 |
| Cash - beginning | 86,198 | 24,237 |
| Cash - ending | $90,178 | $86,198 |
| Supplemental disclosures of cash paid: |  |  |
| Interest | $243,776 | $158,259 |

## PITTRA G. B. INTERNATIONAL, INC.
### Notes to Financial Statements

Note 1.   Organization

The company was incorporated in October 2001 to acquire the net assets of G.B. International, Inc. and simultaneously acquire accounts receivable, inventory and the goodwill of the PITTRA division of Camerican International, Inc.

In connection with the acquisitions, the amounts paid in excess of the net book value have been recorded as goodwill.

Note 2    Summary of significant accounting policies

<u>Operations</u>

PITTRA G.B. International, Inc. (the "Company") is an importer and distributor of fruit juice concentrates. The company imports the concentrates from countries in Europe, Asia, Africa, and South America. Distribution of the concentrates is principally to companies located throughout the United States. Credit is granted to substantially all customers, the majority of whom are in the juice industry.

<u>Use of estimates</u>

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

<u>Revenue Recognition</u>

Revenue is recognized upon shipment to customers.

PITTRA G. B. INTERNATIONAL, INC.
Notes to Financial Statements

**Note 2**    Inventory

Inventory, consisting primarily of fruit juice concentrates, is stated at the lower or cost (determined on a specific identity basis) or market.

Furniture and Equipment

Furniture and equipment are stated at cost, less accumulated depreciation. Depreciation is provided over the estimated useful lives of the assets as follows:

| Equipment | Declining balance | 5 year estimated useful life |
| Furniture | Declining balance | 5 -10 year estimated useful life |

**Note 3**    Concentration of Cash Balances

The Company maintains its cash in bank deposit accounts which, at times, may exceed federally insured limits. The Company has not experienced any losses in such accounts. The Company believes it is not exposed to any significant credit risk on cash and equivalents.

**Note 4**    Prepaid Expense and Other Current Assets

|  | 2005 | 2004 |
| --- | --- | --- |
| Prepaid insurance | $36,901 | $32,031 |
| Prepaid - miscellaneous | 7,288 | 4,750 |
| Total | $44,189 | $36,781 |

-6-

## PITTRA G. B. INTERNATIONAL, INC.
### Notes to Financial Statements

Note 5     Furniture and equipment

|  | 2005 | 2004 |
|---|---|---|
| Equipment | $67,409 | $67,409 |
| Furniture | 8,750 | 8,750 |
| Total | 76,159 | 76,159 |
| Accumulated depreciation | 32,700 | 22,466 |
| Net furniture and equipment | $43,459 | $53,693 |

Note 6     Credit line payable

The Company maintains a credit line facility with a credit line of $3,750,000.
Borrowings on the credit line are based on 80% of the eligible accounts receivable.

The credit line bears interest at the London Interbank Offering Rate (LIBOR) plus
3.15%. The term of the credit facility is one year. The credit facility is secured by all
assets of the Company and is personally guaranteed by the stockholders of the
Company.

Note 7     Long term debt

In June 2004 the Company entered into a term loan for $500,000 payable over a period
of three years. Payments are made in equal monthly installments of principle plus
interest at the London Interbank Offering Rate (LIBOR) plus 3.15%. The term loan is
from the same financial institution as the credit line referred to in Note 6 and is secured
with the same collateral as the credit facility.

-7-

SEP-15-2006 11:43   MERRILL LYNCH BUS   13122691345   P.09/11

Case 06-02702-MS   Doc 1-2   Filed 09/20/06   Entered 09/20/06 16:53:11   Desc
Certification of Benjamin A. Stanziale   Jr.   Page 27 of 32

## PITTRA G. B. INTERNATIONAL, INC.
### Notes to Financial Statements

**Note 8**   <u>Operating leases</u>

The Company leases office space at a monthly rate of approximately $3,770 plus certain expenses.  The lease is for a term of five years and expires on December 31, 2008.

**Note 9**   <u>Income Taxes</u>

The provision for income taxes differs from the amount expected using statutory rates because of permanent differences (officers's life insurance, entertainment expenses, etc.), state taxes, and other timing differences.

**Note 10**   <u>Commitments</u>

As of September 20, 2005  the Company had no open letters of credit.

**Note 11**   <u>Retirement Plan</u>

The Company maintains a 401(K) profit-sharing plan ("Plan").  Employees become eligible to participate in the Plan after completing nine months of continuous service for the Company.  The Company, at its discretion, can make a contribution not exceeding 5% of the employees' salaries.  For the years ended September 30, 2005 and 2004 the contribution expense was approximately $40,100 and $37,600, respectively.

# PITTRA GB International, Inc.
Balance Sheet
December 31, 2005

Current assets:
| | | |
|---|---|---|
| Cash | $82,803 | |
| Accounts receivable | | |
| Direct sales | 8,675,003 | |
| Indirect sales | 76,302 | |
| Other accounts receivable | 182,121 | |
| Inventory | 1,304,921 | |
| Prepaid expenses | 37,106 | |
| | | |
| Total current assets | | $10,358,256 |
| | | |
| Equipment | | 51,324 |
| | | |
| Goodwill | | 500,000 |
| | | |
| Total assets | | $10,909,580 |

Current liabilities:
| | | |
|---|---|---|
| Due to Merrill Lynch-credit line | $3,703,483 | |
| Due to Merrill Lynch-term loan current | 166,667 | |
| Accounts payable | 3,021,999 | |
| Accrued expenses | 35,190 | |
| | | |
| Total current liabilities | | $6,927,339 |
| | | |
| Other liabilities: | | |
| Due to Merrill Lynch-term loan non-current | 94,017 | |
| Subordinated loans | 542,748 | |
| | | 636,765 |
| | | |
| Total liabilities | | 7,564,104 |
| | | |
| Stockholder equity | | |
| Capital stock | 15,000 | |
| Additional paid in capital | 2,739,185 | |
| Retained earnings | 591,291 | |
| | | |
| Total stockholder equity | | 3,345,476 |
| | | |
| Total liabilities and equity | | $10,909,580 |

# PITTRA GB International, Inc.

Statement of income

For the three months ended December 31, 2005

| | | |
|---|---:|---:|
| Sales | | $16,233,436 |
| Cost of sales | | 15,276,553 |
| Gross profit | | 956,883 |
| Commission income: | | |
| Sales value | $836,981 | |
| Cost of sales | 798,963 | |
| Net commission income | | 38,018 |
| Operating income | | 994,901 |
| Selling, general, and administrative expenses | | 703,819 |
| Income before provision for taxes | | $291,082 |

# EXHIBIT D

# PITTRA G.B. International, Inc.

Balance Sheet

March 31, 2006

| | | |
|---|---:|---:|
| Current assets: | | |
| Cash | $27,163 | |
| Accounts receivable | | |
| Direct sales | 8,983,484 | |
| Indirect sales | 52,198 | |
| Other accounts receivable | 178,206 | |
| Inventory | 1,527,809 | |
| Prepaid expenses | 43,289 | |
| | | |
| Total current assets | | $10,812,149 |
| | | |
| Equipment | | 51,324 |
| | | |
| Goodwill | | 500,000 |
| | | |
| Total assets | | $11,363,473 |
| | | |
| | | |
| Current liabilities: | | |
| Due to Merrill Lynch-credit line | $3,748,256 | |
| Due to Merrill Lynch-term loan current | 166,667 | |
| Accounts payable | 2,834,065 | |
| Accrued expenses | 367,206 | |
| | | |
| Total current liabilities | | $7,116,194 |
| | | |
| Other liabilities: | | |
| Due to Merrill Lynch-term loan non-current | 52,350 | |
| Subordinated loans | 542,748 | |
| | | 595,098 |
| | | |
| Total liabilities | | 7,711,292 |
| | | |
| Stockholder equity | | |
| Capital stock | 15,000 | |
| Additional paid in capital | 2,739,185 | |
| Retained earnings | 897,996 | |
| | | |
| Total stockholder equity | | 3,652,181 |
| | | |
| Total liabilities and equity | | $11,363,473 |

# PITTRA G.B. International, Inc.
## Statement of income
### For the six months ended March 31, 2006

| | | |
|---|---:|---:|
| Sales | | $31,199,557 |
| Cost of sales | | 29,299,612 |
| Gross profit | | 1,899,945 |
| Commission income: | | |
|   Sales value | $1,037,216 | |
|   Cost of sales | 983,167 | |
| | | 54,049 |
|   Net commission income | | |
| Operating income | | 1,953,994 |
| Selling, general, and administrative expenses | | 1,356,207 |
| Income before provision for taxes | | $597,787 |