**SCARPONE STAIANO LLC**
By:  Patricia A. Staiano (PS-8954)
744 Broad Street, Suite 1901
Newark, New Jersey 07102
(973) 648-0065
**Attorneys for Benjamin A. Stanziale, Jr., Plaintiff/Chapter 7 Trustee**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------------ x
In re:                                                      :
                                                            :  **Hon. Morris Stern**
**PITTRA G.B. INTERNATIONAL, INC.,**                        :
                                                            :  **Case No. 06-10889 (MS)**
           **Debtor.**                                      :
------------------------------------------------------------ :  **Chapter 7**
                                                            :
**BENJAMIN A. STANZIALE, JR., CHAPTER**                     :  **Adv. Pro. No. 06-2702 (MS)**
**7 TRUSTEE FOR PITTRA G.B.**                               :
**INTERNATIONAL, INC.,**                                    :
                                                            :
           **Plaintiff,**                                   :
    v.                                                      :
                                                            :
**ARTHUR KUPPERMAN, PAULETTE**                              :
**KRELMAN, E. ROSS BROWNE, SR., AND**                       :
**P.G.B. INTERNATIONAL, LLC, and**                          :
**WACHOVIA BANK, N.A.,**                                    :
                                                            :
           **Defendants.**                                  :
------------------------------------------------------------ x

**STIPULATION OF DISMISSAL AS TO DEFENDANT WACHOVIA BANK, N.A.**

THIS MATTER, having been amicably resolved by and among Plaintiff, Benjamin A. Stanziale, Jr., Chapter 7 Trustee for PITTRA G.B. International, Inc. and defendant, Wachovia Bank, N.A., it is hereby stipulated and agreed that any and all claims asserted against defendant

Wachovia Bank, N.A. in this action be and are hereby dismissed, with prejudice and without costs to any party.

| WACHOVIA BANK, N.A. | SCARPONE STAIANO, LLC |
|---|---|
| By: <u>Michelle McGuire</u><br>     Michelle McGuire, Esq. | By: <u>Patricia A. Staiano</u><br>     Patricia A. Staiano, Esq.<br>     Scarpone Staiano LLC<br>     Attorneys for Plaintiff/Trustee |
| Dated: January 19, 2007 | Dated: January 19, 2007 |