

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>PITTRA G.B. INTERNATIONAL, INC., | Case No.: 06-10889 MS<br><br>Adv. No.: 06-2702 MS<br><br>Hearing Date: 3/20/07<br><br>Judge: Morris Stern |
| BENJAMIN A. SANZIALE, JR., CHAPTER 7 TRUSTEE FOR PITTRA G.B. INTERNATIONAL, INC.,                         Plaintiff,<br>v.<br>ARTHUR KUPPERMAN, PAULETTE KRELMAN, E. ROSS BROWNE, SR., ESCROW AND CLOSING SERVICES, LTD., et al,<br>                        Defendants. | |

### ORDER TO SHOW CAUSE
### FOR DISMISSAL OF ADVERSARY PROCEEDING
### FOR LACK OF PROSECUTION

The relief set forth on the following page is hereby **ORDERED**.

It appearing to the Court that no answer or motion in lieu of answer has been filed; and for good cause shown, it is

ORDERED that the plaintiff shall show cause on ___Tuesday, March 20___, 20 _07_ , __10_ a .m. in the United States Bankruptcy Court, <u>M.L.King Jr. Fed. Bldg., 50 Walnut St., Newark</u> , New Jersey, Courtroom number _3A_ , before the Honorable _____Morris Stern_____ why this adversary proceeding should not be dismissed for lack of prosecution. Appearances are required.

**This adversary proceeding will be dismissed if no appearance is made.**

Take further notice that if a request for entry of default, certification of service of the summons and complaint, certification in support of default judgment, and form of default judgment under Fed. R. Bankr. P. 7055 are filed no less than seven (7) days before the return date, no appearance shall be necessary and this order shall be vacated.

*Rev. 7/1/04; jml*