Order Filed on
**2/11/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JAMES A. SCARPONE, ESQ.**<br>**ROBERTSON, FREILICH, BRUNO & COHEN, LLC**<br>The Legal Center<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>973-848-2133<br>Co-counsel for Benjamin A. Stanziale, Jr., Esq.,<br>Chapter 7 Trustee | |
| In re:<br>    PITTRA G.B. INTERNATIONAL, INC.<br><br>                      Debtor. | Case No.: 06-10889(MS)<br><br>Chapter 7<br><br><br>Judge Morris Stern |
| BENJAMIN A. STANZIALE, JR., CHAPTER 7 TRUSTEE FOR PITTRA G.B. INTERNATIONAL, INC.,<br><br>                           Plaintiff,<br><br>v.<br><br>ARTHUR KUPPERMAN, PAULETTE KRELMAN, E. ROSS BROWNE, SR., PGB INTERNATIONAL, LLC and IFIG USA, INC.,<br><br>                          Defendants. | Adv. Pro. No.:  06-2702 (MS) |

**ORDER OF DISMISSAL**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Dated: **DATED: 2/11/2009**

Honorable Morris Stern
United States Bankruptcy Judge
District of New Jersey

{00088445.DOC;1}

In re:  PITTRA G.B. International, Inc.
Case No.  06-10889 (MS)
Benjamin A. Stanziale, Jr., Chapter 7 Trustee v. Arthur Kupperman, et al.
Adv. Pro. No.:  06-2702 (MS)

By Order dated February 2, 2009, this Court has approved the settlement agreement between this Trustee and the Defendants, which settlement agreement fully disposes of all claims asserted in this action.

IT IS THEREFORE ORDERED that this Adversary Proceeding be, and hereby is dismissed with prejudice.

{00088445.DOC;1}2

*Approved by Judge Morris Stern February  11, 2009*