Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  PITTRA G.B. International, Inc.
Debtor

                                                                                              Case No.: 06−10889−MS
                                                                                              Chapter 7

Benjamin A Stanziale Jr
Plaintiff

v.

Arthur Kupperman
Defendant

Adv. Proc. No. 06−02702−MS                         Judge: Morris Stern

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on February 11, 2009, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 32
Order Dismissing Adversary Proceeding. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 2/11/2009 (rah)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: February 11, 2009
JJW: rah

                                                                                            James J. Waldron
                                                                                            Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: rheim              Page 1 of 1         Date Rcvd: Feb 11, 2009
Case: 06-02702                Form ID: orderntc        Total Served: 9

The following entities were served by first class mail on Feb 13, 2009.
dft           +Arthur Kupperman,    43 Hampshire Drive,    Mendham, NJ 07945-2003
pla            Benjamin A Stanziale, Jr,    Stanziale & Stanziale, P.C.,    91 Main Street,
                 West Orange, NJ 07052-5403
dft           +E. Ross Browne,    27 Waterford Drive,    Montville, NJ 07045-9190
dft           +Escrow and Closing Services Ltd,    PO Box 8745,    Newark, NJ 07108-0745
dft           +IFIG USA, Inc.,    6 South Street,    Morristown, NJ 07960-8110
cr            +JPMorgan Chase Bank, N.A.,    c/o Herrick, Feinstein LLP,    One Gateway Center,
                 Attn:   John M. August,    Newark, NJ 07102-5310
dft           +PGB International, LLC,    6 South Street,    Morristown, NJ 07960-8110
dft           +Paulette Krelman,    23 Hampshire Drive,    Mendham, NJ 07945-2003
dft           +Wachovia Bank, N.A.,    c/o Prentice-Hall Corp.,    830 Bear Tavern Road,
                 West Trenton, NJ 08628-1020

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
crd*          +Arthur Kupperman,    43 Hampshire Drive,    Mendham, NJ 07945-2003
crd*          +Arthur Kupperman,    43 Hampshire Drive,    Mendham, NJ 07945-2003
crd*          +E. Ross Browne,    27 Waterford Drive,    Montville, NJ 07045-9190
crc*          +E. Ross Browne,    27 Waterford Drive,    Montville, NJ 07045-9190
crd*          +E. Ross Browne,    27 Waterford Drive,    Montville, NJ 07045-9190
crc*          +E. Ross Browne,    27 Waterford Drive,    Montville, NJ 07045-9190
crd*          +Escrow and Closing Services Ltd,    PO Box 8745,    Newark, NJ 07108-0745
crd*          +Escrow and Closing Services Ltd,    PO Box 8745,    Newark, NJ 07108-0745
crd*          +IFIG USA, Inc.,    6 South Street,    Morristown, NJ 07960-8110
crd*          +PGB International, LLC,    6 South Street,    Morristown, NJ 07960-8110
crd*          +PGB International, LLC,    6 South Street,    Morristown, NJ 07960-8110
crd*          +Paulette Krelman,    23 Hampshire Drive,    Mendham, NJ 07945-2003
crd*          +Paulette Krelman,    23 Hampshire Drive,    Mendham, NJ 07945-2003
crd*          +Wachovia Bank, N.A.,    c/o Prentice-Hall Corp.,    830 Bear Tavern Road,
                 West Trenton, NJ 08628-1020
crd*          +Wachovia Bank, N.A.,    c/o Prentice-Hall Corp.,    830 Bear Tavern Road,
                 West Trenton, NJ 08628-1020
                                                                                   TOTALS: 0, * 15

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2009**                    **Signature:**   _Joseph Speetjens_